# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.10-69761-JRS |
| | * | |
| TRACEY LYNN RETZER | * | |
| aka TRACEY FAIRCLOTH RETZER, | * | CHAPTER: 13 |
| | * | |
| DEBTOR. | * | |

## MOTION TO APPROVE SHORT SALE OF REAL ESTATE

COMES NOW the Debtor TRACY LYNN RETZER, through counsel, files this "Motion to Approve Of 'Short Sale' of Real Estate" showing to this Honorable Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(N).

4.

Debtor filed the petition for relief in the above-styled Chapter 13 case on April 2, 2010.  The Chapter 13 Plan was confirmed on September 23, 2010.

5.

In the Chapter 13 schedules, the Debtor lists an interest in real property located at 7681 Old Thyme Court Unit 8A, Parkland, FL with secured obligations thereon to Nationstar Mortgage in the approximate total amount of $396,000.00, and a second priority lien to United Guarantee united Guarantee Residential insurance Company c/o Wells Fargo in the approximate total amount of $183,947.00.

*/pw*

6.

The property is owned by the Debtor solely.

7.

Debtor has received a contract for the purchase of the real property. The sale proposed is a 'short sale.' as agreed to by Nationstar Mortgage and United Guarantee (see Exhibit "A" attached.)

8.

The purchase price of the property will be no less than $249,500.00. The buyer, Calvin Miller, is neither an insider nor a relative of the Debtor. The Debtor will receive no money from the sale, but the claims filed by Nationstar Mortgage and United Guarantee will be satisfied.

9.

Debtor believes that the sale of the property is in her best interest as it will keep a foreclosure off her credit report.

WHEREFORE, Debtor prays:

    (a) That this Motion be filed, read and considered;

    (b) That this Motion be granted; and,

    (c) That this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

By:   s/  
Angelo Vasilescu  
Attorney for the Debtor  
GA Bar No. 142318

Clark & Washington, PC  
3300 Northeast Expressway, Building 3  
Atlanta, GA 30341  
(404)522-2222  
Fax(770)220-0685

/pw



**Nationstar** MORTGAGE
f/k/a
Centex Home Equity
Company, LLC

**APPROVED PROPERTY SALE**
March 11, 2014

Loan #: 0610717449
Seller (s): TRACEY L RETZER
Property address: 7681 OLD THYME CT UNIT 8A
PARKLAND, FL 33076

Nationstar Mortgage LLC f/k/a Centex Home Equity Company, LLC ("Nationstar Mortgage") approves the sale of the above referenced property that will result in a short payoff of the mortgage.

Upon meeting all the conditions specified in this letter, Nationstar Mortgage agrees to (1) provide any documents necessary for release of mortgage after we receive the required funds, and (2) waive any remaining balance on the account if all participants have acted in good faith and in compliance with all applicable laws.

*If this account is in an active bankruptcy a motion for approval to sell the property must be filed and approved by the bankruptcy court prior to the Short Sale closing. If the motion is not approved prior to closing the funds will not be accepted and this pre-approved property sale offer will be null and void.

Nationstar Mortgage approval is contingent upon the following:

1.) The closing must occur on or before 4/10/2014 by noon (CST)
2.) Prior to releasing any funds to a subordinate mortgage/lien holder(s), the servicer through its agent must obtain written commitment from the subordinate lien holder that it will release the borrower from all claims and liability relating to the subordinate lien in exchange for receiving the agreed upon payoff amount. A copy of the written commitment provided by the subordinate lien holder must be sent to the servicer with the final HUD-1 Settlement Statement which is provided in advance of the closing for approval
3.) The approved buyer(s) is/are CALVIN MILLER
4.) The approved Gross Sales price is $249,500.00
5.) Allowable closing costs are limited to the following:
   a. Commissions                                        $12,475.00
   b. Total Other Closing Costs                          $15,215.66
   c. Negotiated Subordinate Lien Release (if applicable) $11,000.00
   d. Seller's Concessions (if applicable)               $N/A
   e. Relocation Assistance (if applicable)              $N/A
   f. Cash Contribution (if applicable)                  $5,000.00
6.) The seller(s) must not receive any proceeds from the short sale transaction, unless otherwise approved by Nationstar Mortgage as advised in section 5 of allowable closing costs.
   a. Any proceeds from impound will be applied to the deficiency.
7.) Net proceeds must meet or exceed $215,808.34 includes any Seller's Cash Contribution at the time of closing.
8.) The short sale transaction must be an "Arms Length" transaction, and the attached Arms Length Affidavit (if provided) must be signed at closing and returned.
9.) All Final HUD-1 Settlement Statements must be submitted via Equator.com for final approval at least 3 days prior to closing.
10.) If the approved terms above change in any way, are delayed, or cancelled please notify Nationstar Mortgage thru Equator messaging immediately. Any changes needed within 10 business days of the closing date may not be eligible for approval or may delay the final closing date.
   a. Nationstar Mortgage, LLC reserves the right to charge a per diem for any delays.
11.) The foreclosure process will/may continue during the short sale transaction. Please be advised that if a foreclosure sale is pending, the foreclosure date will not be postponed to allow this short sale closing.
12.) All short sales of loans that have mortgage insurance coverage are subject to mortgage insurer approval.

13.) **All funds from the sale must be wired to:**

Wells Fargo Bank<br>
420 Montgomery Street<br>
San Francisco, CA 94104<br>
Routing #121000248<br>
Account #40590000610717449

Funds received after 3:00pm Central Time may be posted on the following business day. Please include the Mortgagor's Loan Number on all correspondence. Loan number and Borrower name must be attached to the wire. If the funds received are less than the net proceeds approved in this letter, the funds will be returned.

14.) The ARMS Length Affidavit (if required), wire confirmation, final settlement statement, and this seller signed approval letter must be uploaded through the final task via Equator.com the same business day of closing. Any delays in receiving these documents may result in the return of the wire and cancellation of this approval.

Regards,

*Alan Boyd*

Foreclosure Prevention Manager
Ph: 866-312-2432 x 3713

---

***IMPORTANT NOTICE***

We reserve the right to adjust any portion of this statement at any time for one or more of the following reasons, but not limited to: recent advances, returned items, additional fees or charges, disbursements made on your behalf, scheduled payment(s) from an escrow account, transfer of servicing and/or inadvertent clerical errors. This payoff estimate does not waive our rights to collect any funds which become due on this account as a result of any subsequent adjustments.

Additionally, Nationstar Mortgage LLC will not provide reconveyance or release of the Security Instrument until the net proceeds and all other items required above have been received.

---

| [Borrower 1 Printed Name]    Date | [Borrower 2 Printed Name]    Date |
|---|---|
| [Borrower 1 Signature]    Date | [Borrower 2 Signature]    Date |



**350 Highland Dr.**
**Lewisville, TX 75067**
**Attn: Foreclosure Prevention**

# Short Sale Affidavit

Loan #

Investor:

Property address:

Seller(s):

This Short Sale Affidavit ("Affidavit") is given by the Seller(s), Buyer(s), Agent(s), and Facilitator to the Servicer and the Investor of the mortgage loan secured by the Property ("Mortgage") in consideration for the mutual and respective benefits to be derived from the short sale of the Property.

NOW, THEREFORE, the Seller(s), Buyer(s), Agent(s), and Facilitator do hereby represent, warrant and agree under the pains and penalties of perjury, to the best of each signatory's knowledge and belief, as follows:

(a) The sale of the Property is an "arm's length" transaction, between Seller(s) and Buyer(s) who are unrelated and unaffiliated by family, marriage, or commercial enterprise;

(b) There are no agreements, understandings or contracts between the Seller(s) and Buyer(s) that the Seller(s) will remain in the Property as tenants or later obtain title or ownership of the Property, except that the Sellers(s) are permitted to remain as tenants in the Property for a short term, as is common and customary in the market but no longer than ninety (90) days, in order to facilitate relocation;

(c) Neither the Sellers(s) nor the Buyer(s) will receive any funds or commissions from the sale of the Property except that the Seller(s) may receive a payment if it is offered by the Servicer, approved by the Investor and, if the payment is made at closing of the short sale of the Property, reflected on the HUD-1 Settlement Statement;

(d) There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the Property that have not been disclosed to the Servicer;

(e) All amounts to be paid to any person or entity, including holders of other liens on the Property, in connection with the short sale have been disclosed to and approved by the Servicer and will be reflected on the HUD-1 Settlement Statement;

(f) Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in this Affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Property;

(g) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(h) This Affidavit and all representations, warranties and statements made herein will survive the closing of the short sale transaction; and

(i) Each signatory understands that a misrepresentation may subject the person making the misrepresentation to civil and/or criminal liability.

_____  _____
[Seller 1]                    Date

_____  _____
[Buyer 1]                     Date

_____  _____
[Seller 2]                    Date

_____  _____
[Buyer 2]                     Date

_____  _____
Seller's Broker               Date

Print Name: _____

_____  _____
Buyer's Broker                Date

Print Name: _____

_____  _____
Escrow/Closing Agent          Date

Print Name: _____

_____  _____
Other Party (if applicable)   Date

Print Name: _____

_____  _____
Other Party (if applicable)   Date

Print Name: _____

_____  _____
Other Party (if applicable)   Date

Print Name: _____

On the ____ day of _____, all parties personally appeared before me _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal

_____
Notary Public My appointment expires: _____

**UNITED GUARANTY**

www.ugcorp.com

UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA
UNITED GUARANTY CREDIT INSURANCE COMPANY

3/25/2014

Tracey Retzer
2564 Cypress Ridge Ave.
San Jose, CA 95148

RE: UNITED GUARANTY CERT # 8966418     09034

Dear Tracey Retzer:

We are informed that an offer has been made on the property securing the above referenced account and will benefit all parties of interest from its acceptance.

This offer will be accepted and our lien released upon compliance with the following conditions:

- United Guaranty will receive certified funds in the amount of $11,000.00
- The seller shall not receive proceeds resulting from the sale of this property.
- A copy of the signed final settlement statement from the closing must be provided with the proceeds check.
- This offer is good through 05/01/2014

Should you have any questions, please do not hesitate to contact me at 800-334-0296, extension 0509.

Sincerely,

TERRY VERNON
Legal and Bankruptcy

****************************************Please mail payoffs to****************************************
United Guaranty Residential Insurance Company of NC
c/o Wells Fargo Bank
P.O. Box 601860
1525 West W.T. Harris Blvd., 2C2
Charlotte, NC 28262

PLEASE PROVIDE NAME AND ADDRESS OF PERSON (S) TO WHOM REFUNDS, IF ANY, SHOULD BE MAILED. IF NO SPECIAL INSTRUCTIONS ARE PROVIDED, ALL REFUNDS WILL BE RETURNED TO THE BORROWER/SELLER. SPECIAL INSTRUCTIONS REGARDING THE RECORDING AND MAILING OF THE SATISFACTIONS AND/OR RELEASES SHOULD BE INCLUDED ALSO.

230 North Elm Street
Greensboro, NC 27401

800.334.8966 toll free

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | * CASE NO.10-69761-JRS |
| | * |
| TRACEY LYNN RETZER, | * |
| aka TRACEY FAIRCLOTH RETZER, | * CHAPTER: 13 |
| | * |
| DEBTOR. | * |

**NOTICE OF HEARING ON MOTION TO APPROVE SHORT SALE OF REAL PROPERTY**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a **"Motion"** seeking **to approve short sale of real property**.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Court Room 1404 (14th Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 2:00PM, on May 22, 2014.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                                                            Respectfully submitted,
                                                            Clark & Washington, PC

| | |
|---|---|
| Clark & Washington, PC | s/_____ |
| 3300 Northeast Expressway, Building 3 | Angelo Vasilescu |
| Atlanta, GA 30341 | GA Bar No. 142318 |
| (404)522-2222 | Attorney for the Debtor |
| Fax(770)220-0685 | |

/pw

## CERTIFICATE OF SERVICE

I the undersigned certify under penalty of perjury that on this day I served the following parties with a copy of the "Notice of Hearing on Motion to Approve Short Sale of Real Property" and "Motion to Approve Short Sale of Real Property" by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

TRACEY LYNN RETZER
2564 CYPRESS RIDGE AVENUE
SAN JOSE, CA 95148

BAC HOME LOANS
450 AMERICAN WAY
SIMI VALLEY, CA 93065-6285

UNITED GUARANTEE RESIDENTIAL
INSRUANCE COMPANY OF NC
C/O WELLS FARGO
PO BOX 601860
1525 WEST W.T. HARRIS BLVD., 2C2
CHARLOTTE, NC 28262

NATIONSTAR MORTGAGE LLC
350 HIGHLAND DRIVE
LEWISVILLE, TA 76067

I further certify that, by agreement of the parties, Adam Goodman, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

And, in the same manner, I served the parties listed in the attached matrix with the "Notice of Hearing on Motion to Approve Short Sale of Real Property" at the addresses indicated therein,

Dated: 04/30/2014

By:   s/
Angelo Vasilescu
Attorney for the Debtor
GA Bar No. 142318

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222
Fax(770)220-0685

/pw

Asset Acceptance LLC
Po Box 2036
Warren, MI 48090-2036

BAC Home Loans Servicing, L.P. fka Countrywide
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

BANK OF AMERICA, N.A.
2380 Performance Drive
Richardson, TX 75082-4333

El-Ad Poinciana Condominium Association, Inc
c/o Integrity Property Management, Inc.
Attn: Mike Whittle
5665 Coral Ridge Drive
Coral Springs, FL 33076-3124

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

Portfolio Recovery Assocs., LLC
POB 41067
NORFOLK, VA 23541-1067

SunTrust Mortgage, Inc
Bankruptcy Department RVW 3034
PO Box 27767
Richmond, VA 23261-7767

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

ASSET ACCEPTANCE LLC assignee
FIFTH THIRD BANK
PO BOX 2036
WARREN MI 48090-2036

American Express
c/o Beckett & Lee
P. O. Box 3001
Malvern, PA 19355-0701

BAC Home Loans/Countrywide
450 American Way
Simi Valley, CA 93065-6285

Bank of America
P. O. Box 15026
Wilmington, DE 19850-5026

Bank of America, N.A.
c/o Robertson Anschutz & Schneid, PL
3010 N. Military Trail, Ste. 300
Boca Raton, FL 33431-6393

Barclays Bank Delaware
Attention: Customer Support Department
P. O. Box 8833
Wilmington, DE 19899-8833

Bright & Bright, LLC
c/o David B. Carpenter
Schreeder, Wheeler & Flint, LLP
Suite 800, 1100 Peachtree Street, N.E.
Atlanta, Georgia 30309-4516

Bright-Meyers Toccoa Associates, LP
c/o Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street
Atlanta, GA 30309-4516

Broward County Revenue Collection
1800 NW 66th Avenue
Suite 100
Fort Lauderdale, FL 33313-4523

CANDICA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
by American Infosource Lp As Agent
PO Box 71083
Charlotte, NC 28272-1083

Caseras (COA)
Andrew Anderson United Community Managem
7661 Old Thyme Court
Parkland, FL 33076-3905

Citifinancial Retail Services
Attn: Bankruptcy Dept
1111 Northpoint Drive
Coppell, TX 75019-3831

Citizens National Bank
1612 S Congress Park
Athens, TN 37303-2838

/pw

| | | |
|---|---|---|
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio  43054-3025 | Discover Finance<br>Attention: Bankruptcy Department<br>P. O.  Box 3025<br>New Albany, OH 43054-3025 |
| EL AD Poinciana Condominium Assoc.<br>c/o Kaye & Bender, PL<br>6261 Northwest 6th Way<br>Fort Lauderdale, FL 33309-6103 | El-Ad Poinciana Condominium Association, Inc<br>Attn: Jane Brock, Property Manager<br>P.O. Box 770850<br>Coral Springs, FL 33077-0850 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| GEMB/City Furniture<br>P. O.  Box 981439<br>El Paso, TX 79998-1439 | Lexus Financial Service<br>12735 Morris Road<br>Alpharetta, GA 30004-8904 | Matthew Watson<br>362 F Depot Street<br>Vonore, TN 37885-2616 |
| National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA | North Springs Imp Dist.<br>10300 NW 11th Manor<br>Pompano Beach, FL 33071-6599 | Parkland Golf & Country Club<br>11784 West Sample Road<br>Coral Springs, FL 33065-3102 |
| Parkland Sports Club<br>10001 Old Club Road<br>Parkland, FL 33076-3906 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SunTrust Mortgage<br>Attn: Bankrupcy<br>P. O. Box 85092<br>Richmond, VA 23286-0001 |
| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | | |

/pw